441 A.2d 790

Tose, Appellant v. Tose.

Petition for Allowance of Appeal Denied Aug. 30, 1982.

Before CAVANAUGH, DiSALLE and WATKINS, JJ.
Order affirmed.

Decision was rendered prior to DiSALLE, J. leaving the bench of the Superior Court of Pennsylvania.

441 A.2d 790

Tose v. Tose a/k/a Montes a/k/a Davis, Appellant.

Argued September 16, 1981. Jean B. Green, for appellant; Richard M. Heller, for appellee.

Before CAVANAUGH, DiSALLE and WATKINS, JJ.

Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

Decision was rendered prior to DiSALLE, J. leaving the bench of the Superior Court of Pennsylvania.